# NO. 12-18-00242-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| **KORY KENNETH PAUL LYONS, APPELLANT** | § | **APPEAL FROM THE 273RD** |
| **V.** | § | **JUDICIAL DISTRICT COURT** |
| **THE STATE OF TEXAS, APPELLEE** | § | **SABINE COUNTY, TEXAS** |

## *ORDER OF ABATEMENT*

Kory Kenneth Paul Lyons seeks to appeal from the trial court's order revoking his community supervision and adjudicating him guilty of aggravated assault with a deadly weapon. *See* TEX. CODE CRIM. PROC. ANN. arts. 42A.108(b) (West 2018) (determination to adjudicate guilt is reviewable in same manner as regular community supervision revocation), 42A.755(e) (West 2018) (defendant may appeal revocation of community supervision). Although the clerk's record contains the trial court's certification of Appellant's right to appeal the order placing him on deferred adjudication community supervision, it does not contain the required trial court's certification of Appellant's right to appeal the order revoking his community supervision and adjudicating him guilty. *See* TEX. R. APP. P. 25.2(a)(2) (trial court must enter certification of defendant's right of appeal each time it enters a judgment of guilt or other appealable order), (d) (appellate record must include trial court's certification of defendant's right of appeal).

This appeal is therefore abated, and the trial court is directed to prepare and file its certification of Appellant's right of appeal as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 25.2(a), 44.4 (court of appeals must direct trial court to correct any error that prevents proper presentation of case on appeal). A supplemental clerk's record containing the trial court's certification shall be filed with this Court no later than June 6, 2019. *See* TEX. R. APP. P. 25.2(d), 34.5(c)(2).

Accordingly,

It is **ORDERED** that this appeal be *abated*, that the case is *remanded* to the trial court, and that the trial court shall prepare and file its certification of Appellant's right of appeal. The trial court shall cause its certification of Appellant's right of appeal to be included in a supplemental clerk's record, which shall be filed with the clerk of this Court no later than June 6, 2019.

Order entered May 22, 2019.

*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)